# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DARNELL THOMAS, | : | No. 11 EAP 2020 |
| | : | |
| Appellant | : | Appeal from Order of |
| | : | Commonwealth Court dated |
| | : | November 22, 2019 at 617 MD |
| v. | : | 2018. |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, CORRECTIONS | : | |
| OFFICER B. SHAFFER, LT. M. THOMAS, | : | |
| CAPT. BRADLEY SHEEDER, CAPT. | : | |
| HARDING, AND HEARING EXAMINER | : | |
| FRANK NUNEZ, IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                          **DECIDED:  March 25, 2021**

AND NOW, this 25th day of March, 2021, the order of the Commonwealth Court is

AFFIRMED.